IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Newport News Division*

FILED
IN OPEN COURT

JUN 3 0 2025

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA

v.

XAVIER JOSEPH STAFFORD,

Defendant.

Case No. 4:25-cr-40

## STATEMENT OF FACTS

The United States and the defendant, XAVIER JOSEPH STAFFORD (hereinafter, "the defendant"), agree that at trial, the United States would have proven the following facts beyond a reasonable doubt with admissible and credible evidence:

1. Police Officer 1 is a Williamsburg, Virginia police officer who has a minor daughter.

2. On or about February 14-15, 2025, Police Officer 1, made contact with the defendant during the course of his normal law enforcement duties. On both dates, Police Officer 1 asked the defendant to move his vehicle off private property in Williamsburg, Virginia.

3. On or about February 18, 2025, the defendant sent an email from his email account GoodnightPig@protonmail.com to Police Officer 1. The body of the email included: "I'm going to rape your little girl, [name redacted]. She going to be my little Mexican c**sl***, and you can help wipe the c** off her face, you f******  b****. We know where you live, f*****. Your house is a one-story, total f****** s***hole. Your whore daughter is going to grow up knowing that her daddy won't be able to afford her s***. But, don't worry. I'll be her new father now. ;)."

1



4. In the February 18, 2025, email referenced above, the defendant sent two animated images which depicted a young tan skinned female with undeveloped breasts being vaginally penetrated by a proportionally much larger penis while the young female was being choked. The email concluded with text below these images stating: "just like that, s***. ;)". The email also included a live photo repeatedly looping several frames of consecutive images of Police Officer 1's home.

5. The February 18, 2025, email header information showed an IP address 185.70.40.137 as the permitted sender. A search of the IP address revealed that it was associated with Proton Mail and had an address of Route de la Galaise 32, 1228 Plan-les-Ouates, Switzerland. Proton Mail data centers are located in Switzerland, Germany, and Norway.

6. The defendant admits that on or about February 18, 2025, in the Eastern District of Virginia, he knowingly distributed a visual depiction that depicted a minor engaging in sexually explicit conduct as defined in 18 U.S.C. § 1466A(a)(2)(A), specifically sexual intercourse, genital to genital, that was mailed and shipped and transported in interstate and foreign commerce by any means, including by computer, and was produced using materials that were mailed and shipped and transported in interstate and foreign commerce by any means, including by computer.

7. This statement of facts includes those facts necessary to support the plea agreement between the defendant and the United States. It does not include each and every fact known to the defendant or to the United States, and it is not intended to be a full enumeration of all of the facts surrounding the defendant's case.

8. The actions of the defendant, as recounted above, were in all respects knowing and deliberate, and were not committed by mistake, accident, or other innocent reason.



Respectfully submitted,

Erik S. Siebert
United States Attorney

Date: June 30, 2025          By: _____

Therese N. O'Brien
Assistant United States Attorney

3

After consulting with my attorney and pursuant to the plea agreement entered into this day between the defendant, XAVIER JOSEPH STAFFORD, and the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

_Xavier Joseph Stafford_
XAVIER JOSEPH STAFFORD

I am Kirsten Kmet, the defendant's attorney. I have carefully reviewed the above Statement of Facts with him. To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

_____
Kirsten Kmet
Attorney for XAVIER JOSEPH STAFFORD

4